## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

KIMBERLY ROBERTSON, NATHANIAL
SMITH and CAMILLE SMITH

        Plaintiff(s),

vs.

CBOCS WEST, INC.

        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #3:26-cv-00278-ART-CSD

**ORDER APPROVING**
**VERIFIED PETITION FOR**
**PERMISSION TO PRACTICE**
**IN THIS CASE ONLY BY**
**ATTORNEY NOT ADMITTED**
**TO THE BAR OF THIS COURT**
**AND DESIGNATION OF**
**LOCAL COUNSEL**

FILING FEE IS $250.00

          Hannah E. Jarrells      , Petitioner, respectfully represents to the Court:
            (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

        Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
                        (firm name)

with offices at         3414 Peachtree Road, NE, Suite 1500        ,
                           (street address)

      Atlanta      ,       Georgia      .     30326    ,
       (city)                  (state)         (zip code)

    (404) 221-6508    ,     hjarrells@bakerdonelson.com    .
  (area code + telephone number)        (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

    CBOCS West, Inc.             to provide legal representation in connection with
         [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____November 19, 2015_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____Georgia_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Georgia Court of Appeals | 2016 | n/a |
| Supreme Court of Georgia | 2016 | n/a |
| USDC, Northern District of Georgia | 2016 | n/a |
| USDC, Middle District of Georgia | 2017 | n/a |
| USDC, District of Colorado | 2020 | n/a |
| USCA, Eleventh Circuit | 2022 | n/a |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.     That Petitioner is a member of good standing in the following Bar Associations.

State Bar of Georgia

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Georgia_____ )
                                )
COUNTY OF _____Fulton_____ )

_____Hannah E. Jarrells_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_22nd_ day of _____May_____, _2026_.

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Brett W. Pilling_____,
                                                    (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____50 West Liberty Street, Suite 1100_____,
                    (street address)

_____Reno_____, _____Nevada_____, _89501-1951_,
    (city)              (state)         (zip code)

_(775) 852-3900_, _bpilling@kcnvlaw.com_.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Brett W. Pilling_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

DocuSigned by:

*Lyndy Thompson*
AE88D3AB567847F...
(party's signature)

CBOCS West, Inc.
(type or print party name, title)

*Lyndy Thompson*
AE88D3AB567847F...
(party's signature)

Lyndy Thompson, Litigation Manager
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

15981                          bpilling@kcnvlaw.com
Bar number                     Email address

**APPROVED.**

_____
Anne R. Traum
United States District Judge

Dated: May 27, 2026

5

Rev. 5/16



# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Ms. Hannah Elizabeth Jarrells
Baker Donelson Bearman Caldwell & Berkowitz
PC
3414 Peachtree Road NE Suite 1500
Atlanta, GA 30326
UNITED STATES

| | |
|---|---|
| CURRENT STATUS: | Active Member-Good Standing |
| DATE OF ADMISSION: | 11/19/2015 |
| BAR NUMBER: | 784478 |
| TODAY'S DATE: | 05/22/2026 |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

## STATE BAR OF GEORGIA

Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
7402 Hodgson Memorial Drive, Suite 105
Savannah, GA 31406-2562
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435