David E. Gevertz (*pro hac vice*)
Georgia Bar No. 292430
DGevertz@BakerDonelson.com
Hannah E. Jarrells (*pro hac vice*)
Georgia Bar No. 784478
HJarrells@BakerDonelson.com
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
3414 Peachtree Road, NE, Suite 1500
Atlanta, Georgia 30326
Telephone: (404) 577-6000

Brett W. Pilling
Nevada Bar No. 15981
BPilling@kcnvlaw.com
**KAEMPFER CROWELL**
50 West Liberty Street, Suite 1100
Reno, Nevada 89501-1951
Telephone: (775) 852-3900
*Attorneys for Defendant CBOCS West, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY ROBERTSON, NATHANIAL SMITH & CAMILLE SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>CBOCS WEST, INC.,<br><br>Defendant. | CASE NO.: 3:26-cv-00278-ART-CSD<br><br>**ORDER GRANTING JOINT STIPULATION TO VACATE EARLY NEUTRAL EVALUATION** |

The Parties, by and through their respective counsel, hereby stipulate and agree as follows:

1. An Early Neutral Evaluation ("ENE") is currently scheduled for July 30, 2026 at 9:00 a.m. via Zoom.
2. The Parties have reached a settlement in principle, resolving all claims, with prejudice, in this action.

3. As a result, the Early Neutral Evaluation is no longer necessary, and the Parties respectfully request that the Court vacate the ENE.

4. The Parties anticipate filing appropriate dismissal documents after executing the settlement agreements.

DATED this 28th day of July, 2026.

*/s/ Sean McDowell*
Mark Mausert
Nevada Bar No. 2398
Mark@MarkMausertLaw.com
Sean McDowell
Nevada Bar No. 15962
Sean@MarkMausertLaw.com
**LAW OFFICE OF MARK MAUSERT**
729 Evans Avenue
Reno, Nevada 89512
Telephone: (775) 786-5477

*Attorneys for Plaintiffs*

*/s/ David E. Gevertz*
David E. Gevertz (*pro hac vice*)
Georgia Bar No. 292430
DGevertz@BakerDonelson.com
Hannah E. Jarrells (*pro hac vice*)
Georgia Bar No. 784478
HJarrells@BakerDonelson.com
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
3414 Peachtree Road, NE, Suite 1500
Atlanta, Georgia 30326
Telephone: (404) 577-6000

Severin A. Carlson,
Nevada Bar No. 9373
SCarlson@kcnvlaw.com
Brett W. Pilling
Nevada Bar No. 15981
BPilling@kcnvlaw.com
**KAEMPFER CROWELL**
50 West Liberty Street, Suite 1100
Reno, Nevada 89501-1951
Telephone: (775) 852-3900

*Attorneys for Defendant*

IT IS SO ORDERED:

United States Magistrate Judge Carla Baldwin

DATED: July 29, 2026