**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY ROBERTSON, NATHANIAL SMITH & CAMILE SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>CBOCS WEST, INC.,<br><br>Defendant. | Case No.: 3:26-cv-00278-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiffs, KIMBERLY ROBERTSON, NATHANIAL SMITH & CAMILLE SMITH, and Defendant, CBOCS WEST, INC., by and through their respective counsel of record, that pursuant to F.R.C.P. 41(a)(1), Plaintiffs' claims in the above-referenced action are hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 25th day of August, 2026.
MARK MAUSERT LAW OFFICE

*/s/ Mark Mausert*
MARK MAUSERT
SEAN McDOWELL
729 Evans Avenue
Reno, Nevada 89512

Dated this 25th day of August, 2026.
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC

*/s/ David Gevertz*
DAVID E. GEVERTZ
HANNAH E. JARRELLS
*Admitted Pro Hac Vice*
3414 Peachtree Road, NE, Suite 1500

*Attorneys for Plaintiffs*

Atlanta, Georgia 30326

KAEMPFER CROWELL
BRETT W. PILLING
50 West Liberty Street, Suite 1100
Reno, Nevada 89501

*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated: August 26, 2026.

Anne R. Traum
United States District Judge